**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**

To: County Clerk                                          **January 22, 2015**

**County:  Brazoria (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-12-00642-CR | Kenneth Lee Douds v The State of Texas | 180270 |
|---|---|---|
|  | Defendant's Exhibit 2, a DVD |  |

Received by: _____

Received on: _____